ROBERT J. JACKSON & ASSOCIATES, INC.
John C. Saginaw, Esq., SBN 67385
Amy E. Starrett, Esq., SBN 256204
4199 Campus Drive, Suite 700
Irvine, CA 92612
Tel:  (949) 854-2244/ Fax: (949) 892-1327
jsaginaw@jandalegal.com; astarrett@jandalegal.com

WRIGHT, FINLAY & ZAK, LLP
Donna L. La Porte, Esq. SBN 93428
Nichole Glowin, Esq. SBN 262932
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel: (949) 477-5050/Fax: (949) 477-9200
dlaporte@wrightlegal.net; nglowin@wrightlegal.net

Attorneys for Plaintiff,
WELLS FARGO BANK, N.A., as Trustee

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WELLS FARGO BANK, N.A., as Trustee, | ) Case No.:  2:10-cv-03744-R -AJW |
|---|---|
| Plaintiff, | ) **ORDER GRANTING MOTION TO REMAND CASE AND DENYING REQUEST FOR ATTORNEY FEES** |
| v. | ) |
| JAMES MITCHELL; and DOES 1 through 100, inclusive, | ) Date:    August 2, 2010<br>) Time:   10:00 a.m.<br>) Ctrm:    8 |
| Defendants. | ) |

On August 2, 2010, the Motion to Remand Case and Request for Attorneys Fees and Costs of Plaintiff, WELLS FARGO BANK, N.A., as Trustee ("Plaintiff"), came on for hearing before the Honorable Manuel L. Real, United States District Court Judge, in Courtroom 8 of this Court.

/ / /

1

ORDER GRANTING MOTION TO REMAND CASE AND REQUEST FOR ATTORNEYS' FEES

1  After considering the moving papers and supporting paperwork including the Declaration of Donna L. La Porte, and good cause appearing therefor,

IT IS ORDERED that:

1. Plaintiff's Motion is GRANTED.

2. This action is ordered remanded to the Superior Court of California, County of Los Angeles, Central Judicial District, Case No.09U13790.

3. Plaintiff's Request for Attorneys' Fees is denied.

Dated: _Sept. 29, 2010_                            _____
                                                    UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I, Gretchen Crumpacker, declare:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On September 1, 2010, I served the within **ORDER GRANTING MOTION TO REMAND CASE AND REQUEST FOR ATTORNEY FEES** on all interested parties in this action as follows:

[X]   by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

**John Corr Saginaw**
**Amy E. Starrett**
**David John Boyer**
Robert Jackson & Associates Inc
4199 Campus Drive Suite 700
Irvine, CA 92612
*ATTORNEYS TO BE NOTICED*

**James Mitchell**
540 West 110th Street
Los Angeles, CA 90061

[X]   (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[ ]   (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200, complied with California Rules of Court, Rule 2003, and no error was reported by the machine.

[ ]   (BY FEDERAL EXPRESS - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Federal Express with the delivery fees provided for.

[ ]   (State) I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

[X]   (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 1, 2010, at Newport Beach, California.


/s/ *Gretchen Crumpacker*
Gretchen Crumpacker